

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00046-CR

## EX PARTE EMILY ANN SHEPHERD

**From the County Court
Robertson County, Texas
Trial Court No. 22-01-CV**

## MEMORANDUM OPINION

In this proceeding, Emily Ann Shepherd, acting *pro se*, appealed from the trial court's "Order Dismissing Defendant's Application for Writ of Habeas Corpus," signed on or about February 4, 2022, in Trial Court Case No. 22-01-CV. On July 5, 2022, Shepherd then filed a "Motion to Withdraw Notice of Appeal." We construe Shepherd's motion as a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.2(a).

Shepherd's motion is granted, and this appeal is hereby dismissed. *See id.*


MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Dismissed
Opinion delivered and filed July 13, 2022
Do not publish
[CR25]

